

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/20/2007

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES WELDON MADDOX, | § | CASE NO. 06-34754-H5-7 |
| | § | |
| Debtor. | § | |
| | § | |
| RRG INVESTMENT GROUP, a Texas Joint Venture and TAPO RANCH LIMITED PARTNERSHIP, | § | |
| | § | |
| Plaintiffs, | § | ADVERSARY NO. 07-3210 |
| | § | |
| V. | § | |
| | § | |
| JAMES WELDON MADDOX, | § | |
| | § | |
| Defendant. | § | |

## AGREED JUDGMENT DETERMINING NONDISCHARGEABILITY OF INDEBTEDNESS

**CAME ON TO BE CONSIDERED** on the _____ day of _____, 2007, the "Complaint to Determine Dischargeability of Certain Indebtedness Pursuant to 11 U.S.C. §523" ("Complaint") filed herein by RRG Investment Group ("RRG"), TAPO Ranch Limited Partnership, a Texas Limited Partnership ("TAPO") (RRG and TAPO are collectively referred to as the "Plaintiffs") and defendant, James Weldon Maddox ("Defendant"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. The Court further finds that this matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b)(2)(I). As evidenced by the signatures of counsel for the parties herein, the Court finds that the parties to this litigation have agreed to the relief granted herein. The Court further finds that the following orders shall issue. It is therefore

**ORDERED, ADJUDGED AND DECREED** that RRG shall be and hereby is granted a judgment in the amount of $1,650,000.00, plus all additional post-judgment interest accruing thereon, that is nondischargeable against Defendant pursuant to 11 U.S.C. §523(a)(2)(A), (a)(4) and (a)(6). It is further

**ORDERED, ADJUDGED AND DECREED** that interest shall accrue on the unpaid amount of the judgment in favor of RRG at the rate of 5.0% per annum from the date of entry of this judgment until payment in full of such sum. Such post-judgment interest shall be compounded annually. It is further

**ORDERED, ADJUDGED AND DECREED** that RRG is hereby allowed all such writs and processes that may be necessary, including but not limited to execution for money, execution for sale of property, execution for delivery of property, execution for possession or value of property, garnishment, sequestration, and all other writs and processes to collect this judgment. It is further

**ORDERED, ADJUDGED AND DECREED** that the remaining relief requested in the Complaint that is not granted herein is hereby denied.

SIGNED this 20 day of December, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND CONTENT:

By: _____
J. Cary Gray, Esq.
State Bar No. 08322300
**LOOPER, REED & McGRAW, P.C.**
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
Telephone:  (713) 986-7000
Facsimile:   (713) 986-7100
**ATTORNEYS FOR PLAINTIFFS
RRG INVESTMENT GROUP
AND TAPO RANCH LIMITED PARTNERSHIP, A TEXAS
LIMITED PARTNERSHIP**


By: _____
Keavin D. McDonald
State Bar No. 13551200
**LAW OFFICE OF KEAVIN D. McDONALD, P.C.**
4543 Post Oak Place, Suite 106
Houston, TX 77027
Telephone: (832) 615-5421
Facsimile:  (832) 615-5467
**ATTORNEY FOR DEFENDANT
JAMES WELDON MADDOX**

**AGREED AS TO FORM AND CONTENT:**

By: _____
Cary J. Gray, Esq.
State Bar No. 08322300
**LOOPER, REED & McGRAW, P.C.**
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
**ATTORNEYS FOR PLAINTIFFS
RRG INVESTMENT GROUP
AND TAPO RANCH LIMITED PARTNERSHIP, A TEXAS
LIMITED PARTNERSHIP**

By: _____
Keavin D. McDonald
State Bar No. 13551200
**LAW OFFICE OF KEAVIN D. McDONALD, P.C.**
4543 Post Oak Place, Suite 106
Houston, TX 77027
Telephone: (832) 615-5421
Facsimile: (832) 615-5467
**ATTORNEY FOR DEFENDANT
JAMES WELDON MADDOX**